UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROYCE EMERY RUSSELL** *Plaintiff,* | § § § |
| V. | §   CASE NO. 2:16-CV-00042-JRG § |
| **EARNEST RAY HILDRETH, LION OIL TRUCKING, LION OIL COMPANY, and DELEK US HOLDINGS, INC.** *Defendants.* | § JURY § § § § § |

## ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on the date set forth below, came on to be considered by the Court, the Plaintiff's Motion to Dismiss with Prejudice filed by **ROYCE EMERY RUSSELL**, Plaintiff, in the above-entitled and numbered proceeding, thereby announcing to the Court that the matters in controversy between Plaintiff and Defendants, **EARNEST RAY HILDRETH, LION OIL TRUCKING, LION OIL COMPANY, and DELEK US HOLDINGS, INC.**, have been settled. The Court has approved the Final Release of All Claims, including the periodic payments, and Plaintiff, by said Motion moved this Court to dismiss Plaintiff's claims against Defendants, **EARNEST RAY HILDRETH, LION OIL TRUCKING, LION OIL COMPANY, and DELEK US HOLDINGS, INC.**, with prejudice to the rights of Plaintiff to re-file same, or any part thereof.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** by the Court that:

A.   All claims of Plaintiff, **ROYCE EMERY RUSSELL**, against Defendants, **EARNEST RAY HILDRETH, LION OIL TRUCKING, LION OIL COMPANY, and DELEK US HOLDINGS, INC.**, are hereby dismissed with prejudice;

B.   Taxable court costs shall be paid by the party incurring the same; and

  C. All relief requested by Plaintiff not specifically granted against Defendants, **EARNEST RAY HILDRETH, LION OIL TRUCKING, LION OIL COMPANY, and DELEK US HOLDINGS, INC.**, is hereby expressly denied.

  **SIGNED** this \_\_\_\_\_ day of October, 2016.